## First Department, February, 1935.

In the Matter of the Application of The Buffalo Wash Tray Works, Inc., Appellant, for a Certiorari Order against Harris H. Murdock and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

John Wasielewicz, Respondent, v. Kilar Construction Co., Inc., and Others, Defendants, Impleaded with Adelson Construction and Engineering Corporation and Others, Appellants.— Order modified by granting the motion only to the extent of striking out the defenses of bar to this action through the election of the plaintiff to accept compensation under the Workmen's Compensation Law of the State of New York, the Statute of Limitations and the pendency of another action; and dismissing the cross-complaints of defendants, appellants; and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of George A. Platto, Respondent, for Letters of Administration of the Goods, Chattels and Credits of Mae P. Fischer, Deceased. In the Matter of the Application of Milton E. Mermelstein, Appellant, for Ancillary Letters of Administration of the Goods, Chattels and Credits of Mae P. Fischer, Late of Indian Lake, Denville, State of New Jersey, Deceased.— Decree affirmed, with costs to the respondent George A. Platto payable out of the estate. No opinion. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part. [151 Misc. 74.]

Malcolm Sumner, Respondent, v. Sailing W. Baruch and Others, Appellants. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of Frank J. O'Hare and Others, Appellants, against Board of Estimate and Apportionment of the City of New York and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application for a Compulsory Account in the Estate of Augustus W. Clarke, Deceased. Lucile Pugh, Appellant; Celia L. Clarke, Executrix, Respondent.— Decree affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

Edward Block, Appellant, v. Hulda Schorr, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

The People of the State of New York, on Complaint of Police Officer John Toomey, Respondent, v. Charles Budris, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Samuel Roth, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.